193 So.2d 527

Elton DEVILLE

v.

AETNA INSURANCE COMPANY.

No. 48491.

Jan. 20, 1967.

In re: Aetna Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu, 191 So.2d 324.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment. Nor do we find that the Court of Appeal abused its discretion in refusing applicant's motion for a remand, which was filed for the first time on application for rehearing.